IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01994-GPG

INTELLECTUAL CAPITAL CONSULTING, LTD, A Colorado Company,

　　　Plaintiff,

v.

VOLVO CAR CORPORATION, A Swedish Corporation, and
VOLVO CARS OF NORTH AMERICA, LLC, A Delaware Company,

　　　Defendants.

---

## ORDER TO SHOW CAUSE

---

　　　Mr. Samuel K. Giles, a *pro se* litigant who resides in Westminster, Colorado, has filed this patent infringement action on behalf of Intellectual Capital Consulting, Ltd.  Mr. Giles has also filed an Application to Proceed in District Court Without Prepaying Fees or Costs that he requests be restricted and a Motion to Obtain ECF Login and Password.

　　　The Court will first address Mr. Giles ability, as a *pro se* litigant, to represent Intellectual Capital Consulting, LTD.  It is well settled that corporations or similar business entities (e.g., partnerships, limited liability companies) must appear in this Court through a licensed attorney.  *See Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556-57 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."); D.C. COLO.LAttyR 5(b) ("Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall

state that **such entity may not appear without counsel admitted to the bar of this court** . . . .") (emphasis added).  Mr. Giles, therefore, will be directed to respond and show cause why this action should not be dismissed because he may not represent Plaintiff in a *pro se* capacity.

Second, the Court will defer review of Mr. Giles' Application to Proceed in District Court Without Prepaying Fees or Costs until he has responded to this Order to Show Cause.

Finally, the Motion to Obtain ECF Login and Password will be denied as an improper request.  The proper form to register for ECF Account-Pro Se is located on the United States District Court for the District of Colorado's website under "E-Filing (ECF)."  Accordingly, it is

ORDERED that Mr. Giles show cause in writing within thirty days from the date of this Order why this action should not be dismissed for the reasons stated in this Order.  It is

FURTHER ORDERED that the Court will defer review of the Application to Proceed in District Court Without Prepaying Fees or Costs until Mr. Giles has responded to this Order.  It is

FURTHER ORDERED that the Motion to Obtain ECF Login and Password, ECF No. 7, is denied as an improper request.

DATED September 16, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

2

_____
United States Magistrate Judge